**Opinion issued April 21, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00692-CV

————————————

**WC 4TH AND COLORADO, LP AND WC 4TH AND RIO GRANDE, LP,**
**Appellants**

**V.**

**SETH KRETZER, INDIVIDUALLY AND AS RECEIVER FOR WORLD CLASS CAPITAL GROUP, LLC AND GREAT VALUE STORAGE, LLC, AND THE LAW OFFICES OF KRETZER & VOLBERDING, P.C.,**
**Appellees**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-77945**

---

## MEMORANDUM OPINION

Appellants' brief was originally due on October 27, 2025. Appellants filed a

motion for extension, which was granted until December 1, 2025. No brief or further

motion for extension was filed. On December 11, 2025, the Court issued a notice that the appeal might be dismissed for want of prosecution unless appellants filed a brief or a motion for extension by December 22, 2025. Appellant filed no response to the notice.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.